**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| STEVEN KURIVIAL, ET AL., <br><br> PLAINTIFF(S) <br> v. <br> PRINCESS CRUISE LINES, LTD., <br><br> DEFENDANT(S). | CASE NUMBER <br><br> CV 20-2361-CBM(ASx) <br><br> **ORDER RETURNING CASE FOR REASSIGNMENT** |

IT IS ORDERED that the above-entitled case is hereby returned to the Clerk for random reassignment pursuant to the provisions of General Order 19-03.

MARCH 16, 2020
Date

United States District Judge

**NOTICE TO COUNSEL FROM CLERK**

This case has been reassigned to Judge _____John F. Walter_____ for all further proceedings.

☐ Pursuant to General Order 19-10, all discovery matters that are or may be referred to a magistrate judge are hereby reassigned from Magistrate Judge _____ to Program Magistrate Judge _____.

On all documents subsequently filed in this case, please substitute the initials ___JFW___ after the case number in place of the initials of the prior judge so that the case number will read __2:20-cv-02361 JFW(ASx)__. This is very important because documents are routed to the assigned judge by means of the initials.

cc: ☐ Previous Judge   ☐ Statistics Clerk

CV-89 (11/19)      ORDER RETURNING CASE FOR REASSIGNMENT